**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7004**

_____

LARRY WALKER,

   Petitioner - Appellant,

  v.

LYNN B. KELLY,

   Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-hc-02232-D)

_____

Submitted:  October 16, 2025      Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Walker, Appellant Pro Se,

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Walker, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Walker v. Kelly*, No. 5:23-hc-02232-D (E.D.N.C. Aug. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
